JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHA-KHAN, | Case No. CV 14-3490 FMO (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the court's order granting defendants' motions to dismiss, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 20th day of April, 2015

/s/
Fernando M. Olguin
United States District Judge